UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | OJEDA, PATRICIO | § | Case No. 09-10772 |
| | | § | |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 10/17/2013 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/16/2013        By:    /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: OJEDA, PATRICIO | § | Case No. 09-10772 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 61,087.00 |
| *and approved disbursements of* | $ 8,147.17 |
| *leaving a balance on hand of* [1] | $ 52,939.83 |
| **Balance on hand:** | $ 52,939.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 52,939.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 6,304.35 | 0.00 | 6,304.35 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,313.00 | 0.00 | 5,313.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 273.05 | 0.00 | 273.05 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,032.00 | 0.00 | 1,032.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 12,922.40 |
| Remaining balance: | $ 40,017.43 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $     0.00
    Remaining balance:    $     40,017.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $     0.00
    Remaining balance:    $     40,017.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,199.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 14,801.19 | 0.00 | 12,288.71 |
| 2 | PYOD, LLC as assignee of Citibank, N.A. | 11,903.09 | 0.00 | 9,882.55 |
| 3 | PNC BANK | 17,000.54 | 0.00 | 14,114.71 |
| 4 | Capital Recovery V, LLC | 4,494.38 | 0.00 | 3,731.46 |

    Total to be paid for timely general unsecured claims:    $     40,017.43
    Remaining balance:    $     0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
                                Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Patricio Ojeda  
     Debtor

Case No. 09-10772-PSH  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mmyers     Page 1 of 1     Date Rcvd: Sep 17, 2013  
                               Form ID: pdf006     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2013.
```
db           +Patricio Ojeda,    3306 W. 83rd Place,    Chicago, IL 60652-3319
13709272     +Beneficial/hfc,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1029
13709274     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi,     Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64915)
13709273     +Chase - Cc,    Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
13709278     +Natl Cty Crd,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
20441916     +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20447247      E-mail/PDF: rmscedi@recoverycorp.com Sep 18 2013 01:42:53      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20033960      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 18 2013 01:45:17      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13709275     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 18 2013 01:45:17      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
13709276     +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2013 01:30:25      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
20054695     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 18 2013 01:35:24
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13709279     +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2013 01:29:34      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13709277     ##+Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2013 at the address(es) listed below:
```
          Alfredo J Garcia    on behalf of Debtor Patricio  Ojeda notice@ledfordwu.com,
           courtnotice@ledfordwu.com;lwnotice@gmail.com
          Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Eugene  Crane     ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```