# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: OJEDA, PATRICIO | § | Case No. 09-10772 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,120.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,039.73          Claims Discharged
                                                      Without Payment: $42,910.47

Total Expenses of Administration: $21,069.57

---

3) Total gross receipts of $ 61,109.30 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $61,109.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,069.57 | 21,069.57 | 21,069.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 81,470.00 | 48,199.20 | 48,199.20 | 40,039.73 |
| **TOTAL DISBURSEMENTS** | $81,470.00 | $69,268.77 | $69,268.77 | $61,109.30 |

4) This case was originally filed under Chapter 7 on March 27, 2009. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2013            By: /s/EUGENE CRANE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Location: 322 Sofocles, Paseo De Las, Morelia, M | 1110-000 | 61,087.00 |
| HSBC creditkeeper service refund | 1290-000 | 22.30 |
| **TOTAL GROSS RECEIPTS** | | $61,109.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 6,304.35 | 6,304.35 | 6,304.35 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,313.00 | 5,313.00 | 5,313.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 273.05 | 273.05 | 273.05 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,032.00 | 1,032.00 | 1,032.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 10.46 | 10.46 | 10.46 |
| Adbridon Corporation | 3991-000 | N/A | 227.60 | 227.60 | 227.60 |
| Juan Antonio Morales Canchola | 2500-000 | N/A | 397.57 | 397.57 | 397.57 |
| Juan Antonio Morales Canchola | 2820-000 | N/A | 2,396.63 | 2,396.63 | 2,396.63 |
| Juan Antonio Morales Canchola | 3510-000 | N/A | 3,721.47 | 3,721.47 | 3,721.47 |
| Rabobank, N.A. | 2600-000 | N/A | 80.89 | 80.89 | 80.89 |
| Rabobank, N.A. | 2600-000 | N/A | 72.83 | 72.83 | 72.83 |
| Rabobank, N.A. | 2600-000 | N/A | 85.72 | 85.72 | 85.72 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,154.00 | 1,154.00 | 1,154.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,069.57 | $21,069.57 | $21,069.57 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 14,809.00 | 14,801.19 | 14,801.19 | 12,295.55 |
| 2 | PYOD, LLC as assignee of Citibank, N.A. | 7100-000 | 11,584.00 | 11,903.09 | 11,903.09 | 9,888.06 |
| 3 | PNC BANK | 7100-000 | 15,832.00 | 17,000.54 | 17,000.54 | 14,122.58 |
| 4 | Capital Recovery V, LLC | 7100-000 | 4,494.00 | 4,494.38 | 4,494.38 | 3,733.54 |
| NOTFILED | GEMB/JCP | 7100-000 | 1,840.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | HSBC Best Buy | 7100-000 | 847.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - CC | 7100-000 | 23,381.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial/HFC | 7100-000 | 8,683.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,470.00 | $48,199.20 | $48,199.20 | $40,039.73 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-10772 | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** OJEDA, PATRICIO | **Filed (f) or Converted (c):** 03/27/09 (f) |
| | **§341(a) Meeting Date:** 05/12/09 |
| **Period Ending:** 12/13/13 | **Claims Bar Date:** 05/13/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 322 Sofocles, Paseo De Las, Morelia, M<br>Location: 322 Sofokles, Paseo De Las, Morelia,<br>Michuacan 58248, Mexico | 78,154.00 | 78,154.00 | | 61,087.00 | FA |
| 2 | Cash on Hand<br>Cash on Hand | 30.00 | 30.00 | | 0.00 | FA |
| 3 | Charter One Checking Account<br>Charter One Checking Account | 100.00 | 100.00 | | 0.00 | FA |
| 4 | Television Set, DVD Player, Washer/Dryer, Dishwa<br>Television Set, DVD Player, Washer/Dryer,<br>Dishware, Coffee Maker, Bedroom Set, and<br>Telephone. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5 | Books & Pictures<br>Books & Pictures | 50.00 | 50.00 | | 0.00 | FA |
| 6 | Necessary Wearing Apparel<br>Necessary Wearing Apparel | 400.00 | 400.00 | | 0.00 | FA |
| 7 | 1997 Chevrolet Van 1500 w/over 162k miles<br>1997 Chevrolet Van 1500 w/over 162k miles | 2,540.00 | 2,540.00 | | 0.00 | FA |
| 8 | HSBC creditkeeper service refund  (u) | Unknown | Unknown | | 22.30 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$82,274.00** | **$82,274.00** | | **$61,109.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/10: retained RE broker; potential offer on house in Mexico (dk)

12/30/11: Offer fell through on house in Mexico. RE broker still thinks he can sell

01/03/13: There is an offer to buy property in Mexico; waiting for sales contract to file motion to sell.  Will file initial report of assets to set bar date. (dk)

03/2013: Motion to sell approved by Court.  Need Power of Atty for closing. (dk)

04/01/13: Debtor was supposed to get Power of Atty from Mexican consulate, still waiting.  Closing can only take place in Mexico with power of atty (dk)

04/15/13: Rec'd power of atty Fedex'd to RE Broker to close sale of Morelia real property (dk)

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2012 | **Current Projected Date Of Final Report (TFR):** | September 17, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-10772 |
| **Case Name:** | OJEDA, PATRICIO |
| **Taxpayer ID #:** | **-***8189 |
| **Period Ending:** | 12/13/13 |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****992466 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/26/13 | | Juan Antonio Morales Canchola | Net amount for sale of Mexican property | | 54,571.33 | | 54,571.33 |
| | {1} | | Gross Proceeds from sale of Property in Mexico | 61,087.00 | 1110-000 | | 54,571.33 |
| | | | Closing Expenses for sale of Property | -397.57 | 2500-000 | | 54,571.33 |
| | | | Taxes for sale of property | -2,396.63 | 2820-000 | | 54,571.33 |
| | | | Real Estate Broker Commission for sale of Mexican Property | -3,721.47 | 3510-000 | | 54,571.33 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.46 | 54,560.87 |
| 05/02/13 | 101 | Adbridon Corporation | Payment for translation services (Spanish - English) | 3991-000 | | 227.60 | 54,333.27 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.89 | 54,252.38 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.83 | 54,179.55 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.72 | 54,093.83 |
| 08/02/13 | 102 | Illinois Department of Revenue | 2013 IL-1041-V; FEIN#30-6358189 | 2820-000 | | 1,154.00 | 52,939.83 |
| 10/15/13 | {8} | Capital One | HSBC Product Refund for credit card ending in xxxx9202 | 1290-000 | 22.30 | | 52,962.13 |
| 10/18/13 | 103 | EUGENE CRANE | Dividend paid 100.00% on $6,304.35, Trustee Compensation;  Reference: | 2100-000 | | 6,304.35 | 46,657.78 |
| 10/18/13 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,313.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,313.00 | 41,344.78 |
| 10/18/13 | 105 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,032.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,032.00 | 40,312.78 |
| 10/18/13 | 106 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $273.05, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 273.05 | 40,039.73 |
| 10/18/13 | 107 | Discover Bank | Dividend paid  83.07% on $14,801.19; Claim# 1; Filed: $14,801.19; Reference: | 7100-000 | | 12,295.55 | 27,744.18 |
| 10/18/13 | 108 | PYOD, LLC as assignee of Citibank, N.A. | Dividend paid  83.07% on $11,903.09; Claim# 2; Filed: $11,903.09; Reference: | 7100-000 | | 9,888.06 | 17,856.12 |
| 10/18/13 | 109 | PNC BANK | Dividend paid  83.07% on $17,000.54; Claim# 3; Filed: $17,000.54; Reference: | 7100-000 | | 14,122.58 | 3,733.54 |
| 10/18/13 | 110 | Capital Recovery V, LLC | Dividend paid  83.07% on $4,494.38; Claim# 4; Filed: $4,494.38; Reference: | 7100-000 | | 3,733.54 | 0.00 |

Subtotals :              $54,593.63        $54,593.63

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-10772 |
| Case Name: | OJEDA, PATRICIO |
| Taxpayer ID #: | **-***8189 |
| Period Ending: | 12/13/13 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****992466 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 54,593.63 | 54,593.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 54,593.63 | 54,593.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $54,593.63 | $54,593.63 | |

| | |
|---|---|
| Net Receipts : | 54,593.63 |
| Plus Gross Adjustments : | 6,515.67 |
| Net Estate : | $61,109.30 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****992466 | 54,593.63 | 54,593.63 | 0.00 |
| | $54,593.63 | $54,593.63 | $0.00 |

{} Asset reference(s)                                                    Printed: 12/13/2013 03:51 PM   V.13.13